360 A.2d 226

COMMONWEALTH

v.

ALEXANDER, Appellant.

COMMONWEALTH

v.

COCHRAN, Appellant.

Submitted November 17, 1975. Donald R. Marsh, for appellant at No. 828; James K. Nicely, for appellant at No. 829; W. Thomas Malcolm, District Attorney, for Commonwealth, appellee.

Orders affirmed.